BYRON Z. MOLDO, SBN 109652
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
Telephone (310) 273-6333
Facsimile (310) 859-2325
E-Mail: bmoldo@ecjlaw.com

Attorneys for Alfred H. Siegel, Chapter 7 Trustee



FILED & ENTERED

JUN 09 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re

MORRY WAKSBERG, M.D., INC.,

Debtor.

Case. No.: 2:06-bk-16101-BB

Chapter 7

ORDER GRANTING MOTION FOR CHAPTER 7 TRUSTEE AND CERTAIN PROFESSIONALS TO PAY ALLOWED FEES AND EXPENSES TO THE BANKRUPTCY LAW FIRM, P. C.

Date:       May 13, 2015
Time:       2:00 p.m.
Courtroom:  1475

The Motion of Alfred H. Siegel, Chapter 7 Trustee ("Trustee"), for Chapter 7 Trustee and Certain Professionals to Pay Allowed Fees and Expenses to the Bankruptcy Law Firm, P.C.; Declarations of Alfred H. Siegel, Byron Z. Moldo and Daniel H. Lev ("Motion"), filed on March 31, 2015 [Docket No. 728], and notice of Motion having been served upon all interested parties, the matter came on for hearing on May 13, 2015 at 2:00 p.m. in Courtroom 1475 of the above-entitled Court before the Honorable Sheri Bluebond, United States Bankruptcy Judge.  Byron Z. Moldo of Ervin Cohen & Jessup LLP appeared on behalf of Alfred H. Siegel, Chapter 7 Trustee; Daniel A. Lev of SulmeyerKupetz also appeared on behalf of Alfred H. Siegel, Chapter 7 Trustee; Daniel J. McCarthy of Hill Farrer & Burrill LLP appeared on behalf of  Debtor Morry Waksberg,

13392.3:2329403.1

1

ORDER GRANTING MOTION FOR CHAPTER 7 TRUSTEE AND CERTAIN PROFESSIONALS TO PAY
ALLOWED FEES AND EXPENSES TO THE BANKRUPTCY LAW FIRM. P. C.

M.D., in related Case No. 2:06-bk-16096-BB; Kathleen P. March appeared on behalf of The Bankruptcy Firm. P.C. ("Law Firm").

The Court having read and considered the Motion, there being no opposition filed to the Motion, and after hearing the statements and arguments of counsel, the Court being fully advised in the premises, rules as follows:

1. IT IS HEREBY ORDERED that the Motion is granted.

2. IT IS FURTHER ORDERED that the Trustee is authorized to pay to Law Firm the sum of $36,478.00, which represents the outstanding amount owed to the Law Firm pursuant to this Court's September 27, 2007 Order.

3. IT IS FURTHER ORDERED that the authorization granted to the Trustee pursuant to the terms of this Order is without prejudice to Law Firm's request for allowance and payment of administrative claim pursuant to 11 U.S.C. § 503, which was approved in this Court's April 7, 2015 Order.

4. IT IS FURTHER ORDERED that, in the event the Trustee does not pay Law Firm the sum of $36,478.00 prior to this Court's approval of Trustee's Final Account and Report, the Trustee is not relieved of **any duty that he would otherwise have to pay Law Firm the sum of $36,478.00 to the extent required under applicable law.**

###

Date: June 9, 2015

Sheri Bluebond
United States Bankruptcy Judge

13392.3:2329403.1

2

ORDER GRANTING MOTION FOR CHAPTER 7 TRUSTEE AND CERTAIN PROFESSIONALS TO PAY
ALLOWED FEES AND EXPENSES TO THE BANKRUPTCY LAW FIRM. P. C.