United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 06-16101-BB
Morry Waksberg MD Inc                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: wjacksonC            Page 1 of 3           Date Rcvd: Mar 16, 2020
                             Form ID: pdf042            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Morry Waksberg MD Inc,    10535 Wilshire Blvd #508,    Los Angeles, CA 90024-4514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Alan W Forsley    on behalf of Attorney    Fredman Lieberman LLP alan.forsley@flpllp.com,
               awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
              Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com,
               Lisa.irving@asiegelandassoc.com;asiegel@ecf.axosfs.com
              Anthony A Friedman    on behalf of Counter-Defendant ALFRED H. SIEGEL aaf@lnbyb.com
              Anthony A Friedman    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR aaf@lnbyb.com
              Anthony A Friedman    on behalf of Plaintiff ALFRED H. SIEGEL aaf@lnbyb.com
              Anthony A Friedman    on behalf of Plaintiff Alfred H. Siegel aaf@lnbyb.com
              Anthony A Friedman    on behalf of Trustee Alfred H Siegel (TR) aaf@lnbyb.com
              Byron Z Moldo    on behalf of Trustee Alfred H Siegel (TR) bmoldo@ecjlaw.com,    amatsuoka@ecjlaw.com
              Byron Z Moldo    on behalf of Attorney Byron Z. Moldo bmoldo@ecjlaw.com,    amatsuoka@ecjlaw.com
              Byron Z Moldo    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR bmoldo@ecjlaw.com,
               amatsuoka@ecjlaw.com
              Byron Z Moldo    on behalf of Plaintiff ALFRED H. SIEGEL bmoldo@ecjlaw.com,    amatsuoka@ecjlaw.com
              Craig M Rankin    on behalf of Plaintiff    Morry Waksberg MD Inc cmr@lnbrb.com
              Craig M Rankin    on behalf of Plaintiff Morry   Waksberg MD cmr@lnbrb.com
              Daniel A Lev    on behalf of Special Counsel    Special Litigation Counsel for Alfred H. Siegel,
               Chapter 7 Trustee dlev@sulmeyerlaw.com,
               asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
              Daniel A Lev    on behalf of Trustee Alfred H Siegel (TR) dlev@sulmeyerlaw.com,
               asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
              Daniel A Lev    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR dlev@sulmeyerlaw.com,
               asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
              Daniel H Reiss    on behalf of Plaintiff Morry   Waksberg MD dhr@lnbyb.com,    dhr@ecf.inforuptcy.com
              Daniel H Reiss    on behalf of Plaintiff    Morry Waksberg MD Inc dhr@lnbyb.com,
               dhr@ecf.inforuptcy.com
              Daniel J McCarthy    on behalf of Special Counsel    Litigation Counsel for Morry Waksberg, M.D.
               and Ida Waksberg dmccarthy@hillfarrer.com,    spadilla@hillfarrer.com;nchacon@hfbllp.com
              Daniel J McCarthy    on behalf of Interested Party Morry   Waksberg dmccarthy@hillfarrer.com,
               spadilla@hillfarrer.com;nchacon@hfbllp.com
              Daniel J McCarthy    on behalf of Debtor    Morry Waksberg MD Inc dmccarthy@hillfarrer.com,
               spadilla@hillfarrer.com;nchacon@hfbllp.com
              Daniel J McCarthy    on behalf of Creditor Ida   Waksberg dmccarthy@hillfarrer.com,
               spadilla@hillfarrer.com;nchacon@hfbllp.com
              David   Bricker    on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR dbricker@ecjlaw.com
              David   Bricker    on behalf of Plaintiff ALFRED H. SIEGEL dbricker@ecjlaw.com
              David M Reeder    on behalf of Defendant Morry   Waksberg, M.D. david@reederlaw.com,
               secretary@reederlaw.com
              Elan S Levey    on behalf of Interested Party   Courtesy NEF elan.levey@usdoj.gov,
               tiffany.davenport@usdoj.gov
              Evan G Anaiscourt    on behalf of Special Counsel    Special Litigation Counsel for Alfred H.
               Siegel, Chapter 7 Trustee ga@kbla.com,   jsalgueiro@kbla.com

```
District/off: 0973-2              User: wjacksonC             Page 2 of 3                    Date Rcvd: Mar 16, 2020
                                  Form ID: pdf042             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Evan G Anaiscourt    on behalf of U.S. Trustee    United States Trustee (LA) ga@kbla.com,
               jsalgueiro@kbla.com
              Evan G Anaiscourt    on behalf of Plaintiff ALFRED H. SIEGEL ga@kbla.com,  jsalgueiro@kbla.com
              Giovanni Orantes    on behalf of Defendant    The Law Offices of Federico Castelan Sayre, PC
               go@gobklaw.com,   gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,
               go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
              Hutchison B Meltzer    on behalf of Creditor    FRANCHISE TAX BOARD hutchison.meltzer@doj.ca.gov,
               Alicia.Berry@doj.ca.gov
              James F Rumm    on behalf of Defendant Daniel M Graham jrumm@ferruzzo.com,  mgil@ferruzzo.com
              James F Rumm    on behalf of Defendant    Reifman & Glass, P.C. jrumm@ferruzzo.com,
               mgil@ferruzzo.com
              James F Rumm    on behalf of Defendant    Girardi & Keese-Thomas V. Girardi jrumm@ferruzzo.com,
               mgil@ferruzzo.com
              James F Rumm    on behalf of Defendant    Rastegar & Matern APC jrumm@ferruzzo.com,
               mgil@ferruzzo.com
              Kathleen P March    on behalf of Attorney    Counsel for Committee of Creditors Holding Unsecured
               Claims kmarch@bkylawfirm.com,   kmarch3@sbcglobal.net
              Kathleen P March    on behalf of Creditor Committee    Committee of Creditors holding Unsecured
               Claims kmarch@bkylawfirm.com,   kmarch3@sbcglobal.net
              Kathleen P March    on behalf of Other Professional    The Bankruptcy Law Firm, P.C.
               kmarch@bkylawfirm.com,   kmarch3@sbcglobal.net
              Kenrick W Young    on behalf of Plaintiff    Morry Waksberg MD Inc kyoung@downeybrand.com
              Kenrick W Young    on behalf of Plaintiff Morry  Waksberg MD kyoung@downeybrand.com
              Krikor J Meshefejian    on behalf of Interested Party    Levene, Neale, Bender, Rankin & Brill LLP
               kjm@lnbrb.com
              Leonard M Shulman    on behalf of Creditor    Lawsuit Financial LLC lshulman@shulmanbastian.com
              Leonard M Shulman    on behalf of Defendant Federico C. Sayre lshulman@shulmanbastian.com
              M. Jonathan Hayes    on behalf of Defendant    Benedone & Serlin jhayes@rhmfirm.com,
               roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;p
               ardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
              M. Jonathan Hayes    on behalf of Creditor    Benedon & Serlin jhayes@rhmfirm.com,
               roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;p
               ardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
              Mark  Schaeffer    on behalf of Defendant Peter  Formuzis ,  ghenderson@nemecek-cole.com
              Mark  Schaeffer    on behalf of Defendant    Formuzis Pickersgill & Hunt Inc ,
               ghenderson@nemecek-cole.com
              Mark  Schaeffer    on behalf of Defendant    Formuzis, Pickersgill & Hunt Inc, a CA corporation ,
               ghenderson@nemecek-cole.com
              Matthew J Eandi    on behalf of Trustee Alfred H Siegel (TR) meandi@effirm.com,  efile@effirm.com
              Matthew J Matern    on behalf of Defendant    Rastegar & Matern APC mmatern@maternlawgroup.com,
               lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgrou
               p.com
              Matthew J Matern    on behalf of Creditor    Rastegar & Matern mmatern@maternlawgroup.com,
               lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgrou
               p.com
              Matthew J Matern    on behalf of Creditor Paul J Weiner mmatern@maternlawgroup.com,
               lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgrou
               p.com
              Matthew J Matern    on behalf of Counter-Claimant    Rastegar & Matern APC
               mmatern@maternlawgroup.com,
               lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgrou
               p.com
              Norman J Kreisman    on behalf of Creditor    Santa Ana Eye Association Norman4Law@aol.com
              Norman J Kreisman    on behalf of Creditor Glen  Farkas Norman4Law@aol.com
              Raymond H. Aver    on behalf of Interested Party    Interested Party ray@averlaw.com,
               averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
              Ron Maroko    on behalf of U.S. Trustee    United States Trustee (LA) ron.maroko@usdoj.gov
              Ronald E Michelman    on behalf of Creditor    Giraradi & Keese ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Defendant    Girardi & Keese, a general partnership ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor Paul R Kiesel ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Defendant    Kiesel Boucher & Larson, LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor    Paul Kiesel and Kiesel Boucher & Larson LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor    Law Offices of Daniel Graham ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor Daniel M Graham ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor Marvin  Gelfand ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Defendant Thomas  Girardi ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor Steven  Glaser ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Defendant Steven  Glaser ,  G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor    Kiesel Boucher & Larson, LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Creditor    Gelfand Rappaport & Glaser LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman    on behalf of Defendant    Law Offices of Daniel M. Graham ,
               G9840@notify.cincompass.com
```

```
District/off: 0973-2            User: wjacksonC              Page 3 of 3                 Date Rcvd: Mar 16, 2020
                                Form ID: pdf042              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ronald E Michelman     on behalf of Defendant Daniel M Graham ,  G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Defendant Marvin  Gelfand ,  G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Defendant Paul R Kiesel ,  G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Creditor Robert M Keese ,  G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Defendant Robert M Keese ,  G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Defendant    Gelfand Rappaport & Glaser LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Defendant    Gelfand, Rappaport & Glaser LLP ,
               G9840@notify.cincompass.com
              Ronald E Michelman     on behalf of Creditor Thomas  Girardi ,  G9840@notify.cincompass.com
              Steven Karlton Kop - DISBARRED -    on behalf of Interested Party Morry  Waksberg
               bluejaylaw@gmail.com,
               bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com
              Steven Karlton Kop - DISBARRED -    on behalf of Creditor Ida  Waksberg bluejaylaw@gmail.com,
               bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 82
```

Alfred H. Siegel
21650 Oxnard St, Suite 500
Woodland Hills, CA  91367
Telephone: (818) 827-9204
Facsimile: (818) 337-1938

Chapter 7 Trustee

**FILED & ENTERED**

**MAR 16 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY wesley    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:06-bk-16101 BB |
| | )    [Chapter 7] |
| Morry Waksberg, MD, Inc., | ) |
| | ) **ORDER ALLOWING ADMINISTRATIVE** |
| | ) **CLAIMS, PROFESSIONAL FEES AND** |
| | ) **EXPENSES, TRUSTEE'S FEES AND** |
| | ) **EXPENSES** |
| | ) |
| Debtor. | ) Ctrm: 1539 |
| | ) Date: March 11, 2020 |
| | ) Time: 2:00 pm |

A.    MISCELLANEOUS COURT COSTS AND FEES:

| | | | |
|---|---|---|---|
| COMPLAINTS | $   2,750.00 | SEARCH FEE | $   0.00 |
| NOTICES | $   0.00 | PHOTOCOPIES | $   0.00 |
| CERTIFICATION | $   0.00 | CLAIMS IN EXCESS OF 10 | $   0.00 |

SUBTOTAL OF COURT COSTS             $    2,750.00

UNITED STATES TRUSTEE FEES          $      500.00

TOTAL MISCELLANEOUS FEES ALLOWED    $    3,250.00

///

-1-

|  | **TOTAL FINAL REQUEST** | **TOTAL ALLOWED** | **PAID-TO-DATE** | **REMAINING TO BE PAID** |
|---|---|---|---|---|
| **B. PROFESSIONAL FEES AND EXPENSES:** | | | | |
| Moldo Davidson Fraioli Seror & Sestanovich LLP Attorney for Trustee | | | | |
| FEES: | $ 484,388.50 | $ 484,388.50 | $ 242,194.25 | $ 50,771.13 |
| EXPENSES: | $ 26,229.95 | $ 26,229.95 | $ 26,229.95 | $ 0.00 |
| Ervin, Cohen & Jessup LLP Attorney for Trustee | | | | |
| FEES: | $ 370,048.50 | $ 370,048.50 | $ 31,215.50 | $ 192,595.34 |
| EXPENSES: | $ 9,306.44 | $ 9,306.44 | $ 2,581.69 | $ 6,724.75 |
| Sulmeyer Kupetz LLP Special Counsel for Trustee | | | | |
| FEES: | $ 140,148.00 | $ 140,148.00 | $ 38,531.25 | $ 46,232.35 |
| EXPENSES: | $ 7,314.79 | $ 7,314.79 | $ 2,810.80 | $ 4,503.99 |
| Grobstein Horwath Accountant for Trustee | | | | |
| FEES: | $ 39,339.50 | $ 39,339.50 | $ 31,785.75 | $ 0.00 |
| EXPENSES: | $ 16.63 | $ 16.63 | $ 16.63 | $ 0.00 |
| Crowe Accountant for Trustee | | | | |
| FEES: | $ **182,840.00** | $ 182,840.00 | $ 92,627.00 | $ 17,957.35 |
| EXPENSES: | $ **388.72** | $ 388.72 | $ 266.27 | $ 122.45 |
| Grobstein Teeple Accountant for Trustee | | | | |
| FEES: | $ 33,749.00 | $ 33,749.00 | $ 0.00 | $ 20,411.90 |
| EXPENSES: | $ 658.20 | $ 658.20 | $ 0.00 | $ 658.20 |

**C. TRUSTEE FEES**
   **AND EXPENSES**

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
CH 7 TRUSTEE

     FEES:              $268,518.64  $268,518.64   $100,836.65  $61,567.42

     EXPENSES:          $      0.00  $      0.00   $      0.00  $     0.00

     BOND:              $ 19,632.05  $ 19,632.05   $ 19,632.05  $     0.00

     TAXES:             $ 36,674.79  $ 36,674.79   $ 36,674.79  $     0.00

If the final dividend to creditors is the ***same or higher*** than proposed in the Trustee's Final Report, the Trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is ***less than*** that which was proposed in the Trustee's Final Report, the Trustee shall submit forthwith to the United States Trustee an AMENDED TRUSTEE'S REPORT OF DISTRIBUTIONS AND DIVIDEND PAYMENTS within 30 days of the entry of this order by the Court.  Within 14 days the United States Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.

//

//

//

//

//

//

//

-3-

The distribution to creditors and professionals shall occur at the same time and no later than 90 days of the entry of this order.

# # #

Date: March 16, 2020

Sheri Bluebond
United States Bankruptcy Judge